UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

APPLE MORTGAGE CORP.,                    :

                Plaintiff,         :         Civil Action No. 13 CV 9233 (JGK)

                        :

    -against-                            :

RICHARD BARENBLATT, KEITH FURER    :         **NOTICE OF SUBSTITUTION**
DAVID BREITSTEIN and KEVIN UNGAR,  :         **OF COUNSEL AND ORDER**

            Defendants.         :

                        :

------------------------------------------------------------x

**TO THE CLERK OF THE COURT AND ALL COUNSEL AND PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Apple Mortgage Corp. hereby substitutes

Jonathan Rogin of Berger & Webb, LLP, 7 Times Square, 27th Floor, New York, NY 10036, as

its attorney of record in place of Halperin & Halperin, P.C., 18 East 48th Street, New York, NY

10017. All notices given or required to be given, and all papers filed or served or required to be

served in the above captioned matter, should henceforth be provided to and served upon counsel

at the address set forth below:

      BERGER & WEBB, LLP
      7 Times Square, 27th Floor
      New York, NY 10036
      Telephone:    (212) 319-1900
      Facsimile:     (212) 319-2017

      Jonathan Rogin
      jrogin@bergerwebb.com

    I, the undersigned, consent to the above substitution.

Dated: July 10, 2014

                            APPLE MORTGAGE CORP.

                            By: _____
                                Eric Appelbaum, President

85083.1

The undersigned counsel consent to the above substitution.

Dated:  July 10, 2014

HALPERIN & HALPERIN, P.C.                     BERGER & WEBB, LLP

By: _____                By: _____
        Steven T. Halperin (STH-2783)                Jonathan Rogin (JR-9800)
        Outgoing Counsel for Plaintiff               Incoming Counsel for Plaintiff
        18 East 48th Street                          7 Times Square, 27th Floor
        New York, New York 10017                     New York, New York 10036
        (212) 935-2600                               (212) 319-1900
                                                     jrogin@bergerwebb.com


SO ORDERED

_____
The Honorable John G. Koeltl
United States District Judge

_____, 2014

2