USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/17/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
APPLE MORTGAGE CORP.,

    Plaintiff,

-against-

RICHARD BARENBLATT, KEITH FURER
DAVID BREITSTEIN and KEVIN UNGAR,

    Defendants.
------------------------------------------------------------x

Civil Action No. 13 CV 9233 (JGK)

NOTICE OF SUBSTITUTION
OF COUNSEL AND ORDER

TO THE CLERK OF THE COURT AND ALL COUNSEL AND PARTIES OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Apple Mortgage Corp. hereby substitutes Jonathan Rogin of Berger & Webb, LLP, 7 Times Square, 27th Floor, New York, NY 10036, as its attorney of record in place of Halperin & Halperin, P.C., 18 East 48th Street, New York, NY 10017. All notices given or required to be given, and all papers filed or served or required to be served in the above captioned matter, should henceforth be provided to and served upon counsel at the address set forth below:

BERGER & WEBB, LLP
7 Times Square, 27th Floor
New York, NY 10036
Telephone:   (212) 319-1900
Facsimile:   (212) 319-2017

Jonathan Rogin
jrogin@bergerwebb.com

I, the undersigned, consent to the above substitution.

Dated: July 10, 2014

APPLE MORTGAGE CORP.

By: _____
Eric Appelbaum, President

85083.1

The undersigned counsel consent to the above substitution.

Dated: July 10, 2014

| | |
|---|---|
| HALPERIN & HALPERIN, P.C. | BERGER & WEBB, LLP |
| By: _____ | By: _____ |
| Steven T. Halperin (STH-2783)6722 | Jonathan Rogin (JR-9800) |
| Outgoing Counsel for Plaintiff | Incoming Counsel for Plaintiff |
| 18 East 48th Street | 7 Times Square, 27th Floor |
| New York, New York 10017 | New York, New York 10036 |
| (212) 935-2600 | (212) 319-1900 |
| | jrogin@bergerwebb.com |

SO ORDERED

_____
The Honorable John G. Koeltl
United States District Judge

__7/17__, 2014

2