UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
APPLE MORTGAGE,
                Plaintiff,

                              13 civ 9233 (JGK)

        -against-

BARENBLATT, et al.,
                Defendants.
-----------------------------------------------------------------X

## ORDER

A pre-motion conference will be held on **Monday, February 9, 2015, at 2:30pm.**

**SO ORDERED.**

                                              JOHN G. KOELTL
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          February 2, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/3/15