UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

APPLE MORTGAGE CORP.,

        Plaintiff,        13 Cv. 9233 (JGK)

  - against -                ORDER

RICHARD BARENBLATT ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

As stated at the conference held today, the motion to extend the time to complete discovery is **denied without prejudice**. The Clerk is directed to close **Docket Number 27**.

SO ORDERED.

Dated:    New York, New York
           February 10, 2015

                                  John G. Koeltl
                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. 2/10/15