```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
APPLE MORTGAGE CORP.,

               Plaintiff,

-against-

RICHARD BARENBLATT, KEITH FURER,
DAVID BREITSTEIN and KEVIN UNGAR,

               Defendants.
------------------------------------------------------------x

Civil Action No. 13 CV 9233 (JGK)

**SECOND AMENDED CIVIL SCHEDULING ORDER**

     It is hereby STIPULATED by the parties and ORDERED by the Court that the Amended Civil Scheduling Order, entered by the Court on November 17, 2014, is further amended as follows:

     **Discovery:** Except for good cause shown, all discovery shall be commenced in time to be completed by **April 10, 2015**. The Court expects discovery to be completed within 60 days of the first scheduling conference unless, after the expiration of that 60 day period, <u>all</u> counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. The expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be made at least 30 days before the completion of discovery.

     **Dispositive Motions:** Dispositive motions, if any, are to be completed by **April 24, 2015**. The parties are advised to comply with the Court's Individual Practice 2(B0 regarding motions, and to submit one fully briefed set of courtesy copies to the Court.

     **Pretrial Order/Motions in Limine:** A joint pretrial order, together with any motions in limine or motions to bifurcate, shall be submitted by **May 6, 2015**. In jury cases, parties shall

86347.1

submit requests to charge and voir dire requests. In non-jury cases, parties shall also submit proposed findings of fact and conclusions of law. The pretrial order shall conform to the Court's Form Joint Pretrial Order, a copy of which may be obtained from the Deputy Clerk.

**Trial:** The parties shall be ready for trial on **48 hours'** notice on or after **May 15, 2015**. The estimated trial time is **5 days**, and this is a **jury** trial.

The provisions of the footnote on the first page of the Civil Scheduling Order remain applicable and in effect.

Dated: February 26, 2015

_____
Jonathan Rogin
BERGER & WEBB, LLP

7 Times Square, 27th Floor
New York, NY 10036
(212) 319-1900
*Attorneys for Plaintiff Apple Mortgage Corp.*

_____
Richard C. Schoenstein
SATTERLEE STEPHENS BURKE
&BURKE LLP

230 Park Avenue
New York, New York 10169
(212) 404-9707
*Attorneys for Defendants Richard Barenblatt, Keith Furer, David Breitstein and Kevin Ungar*

SO ORDERED:

_____
John G. Koeltl
United States District Judge

3/1/15

2

86347.1