UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
APPLE MORTGAGE,

                Plaintiff(s),

    -against-

BARENBLATT,

                Defendant(s).
-------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

13 civ 9233 (JGK)

To All Parties,

    You are directed to appear for a pre-motion conference, to be held on **Wednesday, April 29, 2015,** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                                       Don Fletcher
                                                Courtroom Case Manager

Dated: New York, New York
         April 17, 2015

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2015
```