```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. __5-4-15__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

APPLE MORTGAGE CORP.,

        Plaintiff,        13 Cv. 9233

  - against -               ORDER

RICHARD BARENBLATT ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    Dispositive motions are due **June 19, 2015**. Responses are due **July 10, 2015**. Replies, if any, are due **July 24, 2015**.

SO ORDERED.

Dated:   New York, New York
          May 1, 2015

                                        John G. Koeltl
                                   United States District Judge