UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLE MORTGAGE CORP.,

        *Plaintiff*,

v.

RICHARD BARENBLATT, KEITH FURER
DAVID BREITSTEIN and KEVIN UNGAR,

        *Defendants.*

Civil Action No. 13 CV 9233 (JGK)

**NOTICE OF MOTION BY PLAINTIFF APPLE MORTGAGE CORP. FOR SUMMARY JUDGMENT DISMISSING DEFENDANTS' COUNTERCLAIMS**

      **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Jonathan Rogin, dated June 19, 2015, and the exhibits thereto, the accompanying Affidavit of Emanuel Mamakas sworn to on June 17, 2015, and the exhibit thereto, the accompanying Affidavit of Eric Appelbaum sworn to on June 18, 2015, the accompanying Statement Pursuant to Local Civil Rule 56.1, dated June 19, 2015, and the accompanying Memorandum of Law, dated June 19, 2015, and upon all prior pleadings and proceedings had herein, Plaintiff Apple Mortgage Corp. ("Apple") by its undersigned attorney, will move this Court, before the Honorable John G. Koeltl, United States District Judge, on a date and time set by the Court, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, for an Order, pursuant to Federal Rule of Civil Procedure 56, granting its motion for summary judgment dismissing all counterclaims asserted against Apple by Defendants.

86949.1

Dated: New York, New York
      June 19, 2015

                                      BERGER & WEBB, LLP

                              By: _____
                                     Jonathan Rogin
                                     (jrogin@bergerwebb.com)

                              7 Times Square, 27th Floor
                              New York, NY 10036
                              (212) 319-1900

                              *Attorney for Plaintiff Apple Mortgage Corp.*

86949.1