# EXHIBIT 1

# COMPENSATION AGREEMENT BETWEEN APPLE MORTGAGE CORP. AND RICHARD BARENBLATT, THE LOAN ORIGINATOR (HEREINAFTER "LO")

Henceforth, this agreement will be the sole agreement regarding compensation between Apple Mortgage Corp AND Richard Barenblatt (hereinafter "LO"). Apple Mortgage Corp. agrees to compensate the LO based on the following terms:

- Your Compensation will be based on 55% of the loan amount and cannot vary from one transaction to another. First $400 will reduced from 1% of the loan amount. Then your compensation will be 55% of the remainder.
- If your loan applications pass our initial quality check and achieve an approved/committed status without first being suspended for conditions other than collateral approval then you are eligible for an additional 3% of the loan amount to be paid quarterly.
- If you originate the same or more loans in the preceding quarter than you originated in the prior year's same quarter then you are eligible for an addition 3% to be paid quarterly.
- If your applicant expresses either via email, voice mail, written letter or other communication that you have more than adequately met their expectations in handling their transaction then you are eligible for an additional 3% to be paid quarterly.
- If you originate a loan through a new referral source versus through any Apple Mortgage Corp. website inquiries then you are eligible for an additional 3% on that transaction to be paid quarterly.
- If you close more than 90% of all loans submitted (excluding transactions where the property doesn't appraise to the necessary LTV) then you are eligible for an additional 3% to be paid quarterly.
- If you close a new transaction for a past customer you are eligible for an additional 3% to be paid quarterly.
- You will be reimbursed for normal and customary business expenses including but not limited to: overnights, postage, phone, copies, supplies and meetings where you educate your clients/referral sources.

**You must adhere at all times to the listed policies of Apple Mortgage Corp. :**

1.2  You must comply with TIL and all its amendments including but not limited to Section 226.36 of Regulation Z , RESPA

- You are prohibited from receiving from any person directly or indirectly any compensation that varies based on the terms of the loan (other than the amount of the principal).
- You are prohibited from receiving payments directly from the consumer while also receiving compensation form the creditor or another person.

Page | 1



AMC 14772

- You are prohibited from "steering" a consumer to a lender offering less favorable terms in order to increase your compensation.
- You must provide a disclosure to every applicant to meet with the safe harbor. Present the consumer for each type of transaction in which the consumer expresses an interest:
a. The lowest interest rate for which the consumer qualifies:
b. The lowest points and origination fees: and,
c. The lowest rate for which the consumer qualifies for a loan with no risky features, such as a prepayment penalty, negative amortization, or a balloon payment in the first seven years.

1.3 You must comply with all Federal and State Laws. You must give every applicant at time of application:

   a. Pre-application disclosure and fee agreement

   b. Consumer Handbook

   c. Notice of Right to Request a copy of the Appraisal

   d. Release of Information

   e. Our Privacy Policy disclosure

   f. Our Patriot Act disclosure

   g. Our Occupancy Disclosure – re Mortgage Fraud

   h. 4506

   i. GFEs within the 3 day period

1.4 You must adhere to Apple Mortgage Corp's mission statement. Apple Mortgage Corp. compels corporate-wide awareness that discrimination in consumer credit transaction is strictly prohibited. Apple Mortgage Corp. obligates you to a commitment of responsible lending. Apple Mortgage Corp. considers its compensation practices as applicable to pre-application disclosures and all procedures for advertising, soliciting, taking applications and issuing commitments and lock-in agreements. You shall not engage in any activities which are deemed to be deceitful or misleading. Apple Mortgage Corp's management shall regularly monitor compliance to these policies through self-assessment and testing.

1.5 By signing below you agree to abide by all the foregoing statements.

_____ 7/12/12 LO

_____ 7/2/12 Eric C. Appelbaum, President, Apple Mortgage Corp

Page | 2

AMC 14773

**MLO COMPENSATION: III Quarter 2012.  QUARTERLY REVIEW.**

Richard Barenblatt.  NMLS #52951
- Initial Quality Check.  3 basis points (bp):  All files approved.  Submissions perfect
- Number of loans originated compared to III qrtr of 2011.  3 bp.  Much more than last quarter
- Number of loans originated compared to II qrtr of 2012.  3 bp.  Far exceeded
- Recommendations.  Numerous.  3 bp
- Originations through referrals. 100%.  3 bp.
- Originations through a new referral source.  Many.  3 bp
- Purchase originations vs Refinances.  More purchases than last qrtr but still ratio of refi to purchase was low.  2.2

Quality, loans originated and closed compared to previous quarter and same qrter last year, recommendation excellent, referral excellent, new sources excellent.  Lacked in purchase transactions.

Qualifying bonus Basis Points = 20.2.  Net Bonus = $24,750.

Signed by Eric C. Appelbaum, President.                    Richard Barenblatt

October 8, 2012                                             October 8, 2012

AMC 14774

AMC 14775

## MLO COMPENSATION: II Quarter 2012.  QUARTERLY REVIEW.

Richard Barenblatt.  NMLS #52951
- Initial Quality Check.  2.25 basis points (bp):  All files approved but 1 file was suspended for additional information.
- Number of loans originated.  .5 Lower than same quarter in 2011 but more than last quarter.
- Recommendations.  1 received.  1.5 bp
- Originations through referrals. 100%.  3 bp.
- Originations through a new referral source.  (1-2).  1.15
- Purchase originations vs Refinances.  .4.  Was not an original referral source

Quality was very good but can improve.  Need to market more to possible new referral sources – attend networking groups, temple groups, do open houses.  Too reliant on refinance transactions.  More purchase transactions are needed.  However, showed incredibly strong existing referral base and excellent responsiveness to clients in pipeline.

Qualifying bonus Basis Points = 7.65.  Net Bonus = $5,370.

Signed by:

Eric C. Appelbaum, President.                              Richard Barenblatt

July 9, 2012                                                              July 9, 2012

AMC 14775