# EXHIBIT 3

**From:** Andrew Bauer <abauer@guardhill.com>
**To:** Alan Rosenbaum <arosenbaum@guardhill.com>; 'barenblatt@aol.com' <barenblatt@aol.com>
**Subject:** My New Contact Information at GuardHill
**Date:** Tue, Sep 3, 2013 11:57 am

Dear Clients, Friends and Colleagues,

I am pleased to announce that I have joined GuardHill Financial Corp. GuardHill is New York City's leading mortgage banker providing the highest level of service with the best rates from over 50 different lenders.

As a mortgage banker, I will now have the ability to:

- Lend in almost every building in New York City
- Have appraisals ordered directly from local appraisal companies
- Have loans underwritten in my office by Co-Op and Condo specialists
- Obtain written commitment letters within 24 hours and close within 20 days

GuardHill has been headquartered in New York City for 21 years. As a mortgage banker, we have much more control of the process which is advantageous to my clients.

Below is my new contact information for your reference.

I look forward to continuing our relationship by assisting you, your family, clients and friends with any mortgage related needs.

Best regards,

Richard Barenblatt - NMLS #5291
GuardHill Financial Corp.
140 East 45th Street, 31st Floor,
New York, NY 10017
Office:(212)688.9500 x196
Direct:(646) 519.7596
E-Fax:(212) 937.3737
rb@guardhill.com
www.guardhill.com

GuardHill Financial Corp. NMLS #1609. Licensed by the Dept. of Corporations under the CA Residential Mortgage Lending Act • Licensed Lender CT Banking Dept. • Licensed Correspondent Mortgage Lender - FL Banking Dept. • Georgia Residential Mortgage Licensee #11534 • Illinois Residential Mortgage Licensee # MB.0006038 • MA Licensed Mortgage Banker and Mortgage Broker License #MC4037 • Licensed by the New Hampshire Banking Dept. • Licensed by the NJ Dept. Of Banking and Insurance • Licensed Mortgage Banker – NYS Department of Financial Services • Pennsylvania Licensed by the Department of Banking License #20970 • Rhode Island Licensed Lender and Loan Broker • Virginia State Corporation Commission License #MC-1868 • Washington DC Mortgage Dual Authority License #MLB1609 • GuardHill Financial Corp. is also Licensed to offer Mortgage Loans in Colorado, Maine, Maryland, North Carolina, Texas and Vermont.

CONFIDENTIAL RB 00217

Andrew Bauer
IT Manager
**GuardHill Financial Corp.**
140 East 45th Street, 31st Floor,
New York, NY 10017
Office:(212)688.9500x604
Direct:(646) 519.7513
E-Fax:(775) 429.2604
abauer@guardhill.com
www.guardhill.com

**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachment are the confidential property of the sender, and the materials are privileged communications intended solely for the receipt, use, benefit, and information of the intended recipient indicated above. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this electronic transmission is strictly prohibited, and may result in legal liability on your part. If you have received this email in error, please forward back to sender and destroy the electronic transmission.

Click to view this email in a browser

If you no longer wish to receive these emails, please reply to this message with "Unsubscribe" in the subject line or simply click on the following link: Unsubscribe

GuardHill Financial
140 East 45th Street
31st Floor
New York, New York 10017
US

vertical response
DELIVERED BY
Try It Free Today!

Read the VerticalResponse marketing policy.