UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLE MORTGAGE CORP.,

    *Plaintiff,*

v.

RICHARD BARENBLATT, KEITH FURER
DAVID BREITSTEIN and KEVIN UNGAR,

    *Defendants.*

Civil Action No. 13 CV 9233 (JGK)

**REPLY DECLARATION OF JONATHAN ROGIN**

JONATHAN ROGIN declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the bar of the State of New York and of this Court and a partner at the law firm of Berger & Webb, LLP, attorneys for plaintiff Apple Mortgage Corp. ("Apple"). I submit this reply declaration in order to place before the Court certain documents referenced in Apple's reply memorandum of law in further support of its motion for summary judgment.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Responses & Objections to Defendants' First Request for Production of Documents and Interrogatories, dated May 5, 2014.

3. Exhibit B is a true and correct copy of my January 17, 2015 e-mail to Richard Schoenstein, Defendants' counsel referenced in the accompanying reply memorandum of law.

4. Exhibit C is a true and correct copy of my February 13, 2015 letter to Mr. Schoenstein referenced in the accompanying reply memorandum of law.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2015

                                                                          Jonathan Rogin

86893.1