UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
APPLE MORTGAGE,

                Plaintiff(s),

-against-

RICHARD BARENBLATT,

                Defendant(s).
------------------------------------------------------X

**NOTICE OF ORAL ARGUMENT**

13 civ 9233 (JGK)

To All Parties,

    You are directed to appear for oral argument on the pending motion(s), to be held on **Wednesday, February 10, 2016, at 10:30am,** in Courtroom 12B, in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

**Don Fletcher**
**Courtroom Case Manager**

Dated: New York, New York
         January 28, 2016

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2016