Charles S. Webb III
Steven A. Berger
Thomas E. Hone
Kenneth J. Applebaum
Jonathan Rogin
Judith Z. Katz
Adam H. Brodsky

**Berger & Webb, LLP**
Attorneys at Law
7 Times Square, 27th Floor
New York, NY 10036
(212) 319-1900

Fax
(212) 319-2017
(212) 319-2018

www.bergerwebb.com

February 29, 2016

**By ECF**

Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 12B
New York, NY 10007

      Re: *Apple Mortgage Corp. v. Barenblatt, et al.*
           (S.D.N.Y. Case No. 13-cv-9233)

Dear Judge Koeltl:

      We represent plaintiff Apple Mortgage Corp. ("Apple") in the referenced action, and I am writing pursuant to the Court's Order dated February 15, 2016 (ECF Doc. 70). It is Apple's position that the Court should dismiss the remainder of the case without prejudice because of lack of federal jurisdiction.

      As this Court held in *National Westminster Bank, PLC v. Grant Prideco, Inc.*, 343 F. Supp. 2d 256 (S.D.N.Y. 2004), there is "a decided preference for dismissal of supplemental claims when the jurisdiction-conferring claims are disposed of prior to trial." *Id.* at 258 (citing *United Mine Workers of America v. Gibbs*, 383 U.S. 715 (1966)). Moreover, where, as here, "[t]he extensive discovery taken by the parties is readily available for use in the state courts," dismissal is further warranted. *See id. See also Román y Gordillo, S.C. v. The Bank of New York Mellon Corp.*, 2015 WL 5786460, *22 (S.D.N.Y. Sept. 29, 2015) (holding that "[g]enerally, if a court dismisses before trial all of the claims over which it has original jurisdiction, the balance of these factors will weigh in favor of declining to exercise supplemental jurisdiction over any remaining state law claims.") (citations omitted). Finally, "the Second Circuit instructs that absent exceptional circumstances, where federal claims can be disposed of pursuant to Rule 12(b)(6) or summary judgment grounds, courts should abstain from exercising pendent jurisdiction." *Young v. Suffolk Cnty.*, 922 F. Supp. 2d 368, 398 (E.D.N.Y. 2013) (internal quotation marks and citations omitted).

88030.1

BERGER & WEBB, LLP

Hon. John G. Koeltl
February 29, 2016
Page 2

    Based on the foregoing, Apple submits that the Court should dismiss the remainder of the case, without prejudice.

                        Respectfully submitted,

                        Jonathan Rogin

cc: Richard C. Schoenstein, Esq. (by e-mail)

88030.1